

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MTK | *271 Cadman Plaza East* |
| F. #2016R00664 | *Brooklyn, New York 11201* |

September 25, 2017

<u>By ECF</u>

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Jason Christopher Hughes
> Criminal Docket No. 17-173 (MKB)

Dear Judge Brodie:

      The government writes in response to the defendant's September 15, 2017 motion to modify the conditions of his pretrial release. After consulting with Senior Pretrial Services Officer Melissa Roman and defense counsel, the government consents to the removal of home detention as a condition of the defendant's pretrial release. In lieu of that condition, the government respectfully requests that the Court order that the defendant be subject to a curfew requiring him to be home from the hours of 7:00 p.m. to 7:00 a.m., or as directed by Pretrial Services. The defendant would still be subject to electronic monitoring.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:   /s/ Michael T. Keilty
      Michael T. Keilty
      Assistant U.S. Attorney
      (718) 254-7528

cc: Amanda David, Esq.
    Melissa Roman, Sr. U.S. Pretrial Services Officer