**MEMORANDUM TO**
**THE HONORABLE MARGO K. BRODIE**
**UNITED STATES DISTRICT JUDGE**

**RE: Jason Christopher Hughes**
**DOCKET #: 17-CR-173**
**FOR SENTENCE: May 8, 2018**

**REQUEST FOR ADJOURNMENT**

On December 18, 2017, the defendant pled guilty before Magistrate Judge Steven M. Gold to Transmission of Threats to Injury (2 Counts), in violation of 18 U.S.C. § 875(c).  The case was subsequently referred to the United States Probation Department, and assigned to U.S. Probation Officer Angelica Deniz.

As noted above, the sentence date is May 8, 2018.  On April 24, 2018, the Probation Department received extensive reports of investigation from the case agent, which details many additional victims who were not named in the indictment, whom the defendant threatened and/or stalked.  This information is relevant to the instant offense conduct in the presentence report, and would be highly relevant to the Probation Department's sentence recommendation, as well as the special conditions of supervision.  As a result, the presentence investigation has been delayed.  In light of the above-noted sentence date, and in order to provide the Government and Defense ample time to respond to the presentence report following disclosure, we respectfully request an adjournment date of June 26, 2018.  We apologize for any inconvenience.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER


Prepared by:                                              Approved by:


_____                              _____
Angelica Deniz                                            Mary Ann Betts
U.S. Probation Officer                                    Supervisory U.S. Probation Officer
(347) 534-3755                                            (347) 534-3730

April 25, 2018

__	Adjournment Request Granted

__	Adjournment Request Denied

New Sentence Date/Special Instructions: _____
_____
_____
_____
_____

_____				_____
The Honorable Margo K. Brodie					Date
United States District Judge

cc:	Michael Keilty, Esq.
	Assistant United States Attorneys

	Amanda L. David, Esq.
	Defense Counsel