**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 18, 2018

The Honorable Judge Margo Brodie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Jason Christopher Hughes 17-CR-173 (MKB)**

Dear Judge Brodie:

    Mr. Raymond Johnson, charged in this Court as Jason Christopher Hughes, is pending sentencing on two counts of threats. Mr. Johnson is scheduled to appear before this court for sentencing on June 26, 2018 at 10:00am. Counsel requests an adjournment of the sentencing in this case to continue to gather materials to supplement her sentencing submission and also in anticipation of requesting a *Fatico* hearing before this Court. Counsel has consulted with the assigned Assistant United States Attorney in this case, Michael Keilty, and he has no objection to an adjournment. Both parties would request a date in mid to late September.

Respectfully Submitted,

/s/Amanda David
Amanda David
Counsel to Raymond Johnson
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1208

Copies to:

Michael Keilty, Assistant United States Attorney (via ECF)