**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 29, 2019

The Honorable Judge Margo Brodie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Jason Christopher Hughes 17-CR-173 (MKB)**

Dear Judge Brodie:

    Mr. Raymond Johnson, charged in this Court as Jason Christopher Hughes, is pending sentencing on two counts of threats. Mr. Johnson is scheduled to appear before this court for sentencing on February 1, 2019 at 10:00am. Counsel requests an adjournment of the sentencing in this case to continue obtaining records from another jurisdiction that are necessary to supplement her sentencing submission, consult with Mr. Johnson regarding the second pre-sentence report addendum and further discuss the matter of sentencing with Mr. Johnson. Counsel would request a date in early or mid-March.

    Respectfully Submitted,

/s/Amanda David
Amanda David
Counsel to Raymond Johnson
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1208

Copies to:

Michael Keilty, Assistant United States Attorney (via ECF)