**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 10, 2019

The Honorable Judge Margo Brodie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Jason Christopher Hughes 17-CR-173 (MKB)**

Dear Judge Brodie:

Mr. Raymond Johnson, charged in this Court as Jason Christopher Hughes, is pending sentencing on two counts of threats. Mr. Johnson is scheduled to appear before this court for sentencing on Friday, June 14, 2019 at 10:00am. Counsel and Mr. Johnson have discussed filing a motion to withdraw his guilty plea to the two counts to which he previously pled guilty and request an adjournment of the sentencing and a motions schedule to do so. Counsel would request a date in two weeks to either file a motion or notify the Court that a motion is no longer necessary and choose a new sentencing date.

Counsel has consulted the assigned Assistant United States Attorney and he has no objection to an adjournment.

Respectfully Submitted,

/s/Amanda David
Amanda David
Counsel to Raymond Johnson
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1208

Copies to:

Michael Keilty, Assistant United States Attorney (via ECF)