# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 15, 2021

**BY ECF**
Honorable Judge Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Jason Christopher Hughes 17-CR-173 (MKB)*

Dear Judge Brodie:

    Raymond Johnson, charged as Jason Christopher Hughes, is scheduled to appear before this Court for sentencing on April 6, 2021. Counsel requests and the government does not object to an adjournment of his sentencing to a date in 45 days so that counsel can have additional time to prepare a defense submission and receive an updated presentence report.

                              Respectfully submitted,
                              /s/ Amanda David
                              Amanda David
                              Counsel to Raymond Johnson
                              718.330.1208

Copies to: Assistant United States Attorney Michael Keilty