

**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 16, 2021

**BY ECF**
Honorable Judge Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Jason Christopher Hughes 17-CR-173 (MKB)*

Dear Judge Brodie:

    Raymond Johnson, charged as Jason Christopher Hughes, is scheduled to appear before this Court for sentencing on August 5, 2021 at 10:00 a.m. Counsel requests and the government does not object to an adjournment of his sentencing. Government counsel notes that it will not consent to any additional adjournments of Mr. Johnson's sentencing.

    Counsel requests a lengthy adjournment to a date in December 2021 if amenable to the Court.[1] Government counsel does not take any position on the length of the adjournment.

                                                              Respectfully submitted,
                                                              /s/ Amanda David
                                                              Amanda David
                                                              Counsel to Raymond Johnson
                                                              718.330.1208

Copies to: Assistant United States Attorney Michael Keilty

---

[1] [1] Undersigned counsel anticipates being out on leave beginning in mid-August. Rather than transfer Mr. Johnson's case to another attorney in the Federal Defenders, given the length of her representation of Mr. Johnson, would request a date later this year.